1    Lawrence J. Gornick, Bar No: 136230         (415) 646-7160
2    LEVIN SIMES KAISER & GORNICK, LLP
     44 Montgomery Street
3    San Francisco, CA  94104

4    Representing: Plaintiff              File No.9000-Beckwith

5

6

7

8                          United States District Court

9                        Northern District of California

10

11

12   Beckwith                              )        Case No: CV-08-1369-JCS
                                           )
13                                         )     Proof of Service of:
              Plaintiff/Petitioner         )
14                                         )        Original Complaint - Demand for Trial, Order
                     vs.                   )        Setting Case Management Conference and ADR
15                                         )        Guidelines, USDCSF Information, Notice of
                                           )        Assignment of US Magistrate, ECF Registration
16   Bayer Healthcare Pharmaceuticals, Inc., et al. )  Information, Summons.
                                           )
17                                         )
              Defendant/Respondent         )
18   _____)     Service on:

19                                                 Bracco Diagnostics Inc.

20

21                                                                                    BY FAX
22                                                 Hearing Date:

23                                                 Hearing Time:

24                                                 Div/Dept:

25

26

27

28


                                  PROOF OF SERVICE

     FF# 6658546

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Lawrence J. Gornick, 136230<br>LEVIN SIMES KAISER & GORNICK, LLP<br>44 Montgomery Street 36th Floor<br>San Francisco, CA  94104<br>TELEPHONE NO.: (415) 646-7160<br>ATTORNEY FOR *(Name):* Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court
450 Golden Gate Avenue
San Francisco, CA  94102-3483

| PLAINTIFF/PETITIONER: Beckwith | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Bayer Healthcare Pharmaceuticals, Inc., et al. | CV-08-1369-JCS |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>9000-Beckwith |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Original Complaint - Demand for Trial, Order Setting Case Management Conference and ADR Guidelines, USDCSF Information, Notice of Assignment of US Magistrate, ECF Registration Information, Summons.

3. a. Party served: Bracco Diagnostics Inc.

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA  90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* 3/12/2008        (2) at *(time):*  2:50 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Bracco Diagnostics Inc.

   under:     CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:        Jimmy Lizama
   b. Address:     One Legal - 194-Marin
                   504 Redwood Blvd #223
                   Novato, CA  94947
   c. Telephone number:     415-491-0606
   d. The fee for service was:  $ 14.95
   e. I am:
      (3) registered California process server.
          (i)  Employee or independent contractor.
          (ii) Registration No.: 4553
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  3/13/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                              (SIGNATURE)