| | |
|---|---|
| 1 | Lawrence J. Gornick, Bar No: 136230    (415) 646-7160 |
| 2 | LEVIN SIMES KAISER & GORNICK, LLP |
|   | 44 Montgomery Street |
| 3 | San Francisco, CA 94104 |
| 4 | Representing: Plaintiff    File No.9000-Beckwith |

United States District Court

Northern District of California

Beckwith

         Plaintiff/Petitioner

         vs

Bayer Healthcare Pharmaceuticals, Inc., et al.

         Defendant/Respondent

Case No: CV-08-1369-JCS

Proof of Service of:

Original Complaint - Demand for Trial, Order Setting Case Management Conference and ADR Guidelines, USDCSF Information, Notice of Assignment of US Magistrate, ECF Registration Information, Summons.

Service on:

General Electric Company

Hearing Date:

Hearing Time:

Div/Dept:

BY FAX

PROOF OF SERVICE

FF# 6658542

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Lawrence J. Gornick, 136230 <br> LEVIN SIMES KAISER & GORNICK, LLP <br> 44 Montgomery Street 36th Floor <br> San Francisco, CA 94104 <br> TELEPHONE NO.: (415) 646-7160 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Beckwith <br> DEFENDANT/RESPONDENT: Bayer Healthcare Pharmaceuticals, Inc., et al. | CASE NUMBER: <br> CV-08-1369-JCS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 9000-Beckwith |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Original Complaint - Demand for Trial, Order Setting Case Management Conference and ADR Guidelines, USDCSF Information, Notice of Assignment of US Magistrate, ECF Registration Information, Summons.

3. a. Party served: General Electric Company

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 3/12/2008     (2) at (time): 2:50 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   General Electric Company

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:    Jimmy Lizama
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number:    415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No.: 4553
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/13/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

Form Adopted for Mandatory Use <br> Judicial Council of California POS-010 <br> [Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6658542