1  Lawrence J. Gornick, Bar No: 136230     (415) 646-7160
2  LEVIN SIMES KAISER & GORNICK, LLP
   44 Montgomery Street
3  San Francisco, CA 94104

4  Representing: Plaintiff          File No.9000-Beckwith

United States District Court

Northern District of California

| Beckwith | ) | Case No: CV-08-1369-JCS |
|---|---|---|
| Plaintiff/Petitioner | ) | Proof of Service of: |
| vs. | ) | Original Complaint - Demand for Trial, Order Setting CMC and ADR Guidelines, USDCSF Information, Notice of Assignment of US Magistrate, ECF Registration Information, Summons Bayer Healthcare Pharmaceuticals Inc., Bayer Healthecare LLC, General Electric |
| Bayer Healthcare Pharmaceuticals, Inc., et al. | ) | |
| Defendant/Respondent | ) | |

Service on:

GE Healthcare Inc.

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

FF# 6658543

|  |  | POS-010 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Lawrence J. Gornick, 136230<br>LEVIN SIMES KAISER & GORNICK, LLP<br>44 Montgomery Street 36th Floor<br>San Francisco, CA 94104<br>TELEPHONE NO.: (415) 646-7160<br>ATTORNEY FOR *(Name)*: Plaintiff | | FOR COURT USE ONLY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | | |
| PLAINTIFF/PETITIONER: Beckwith<br>DEFENDANT/RESPONDENT: Bayer Healthcare Pharmaceuticals, Inc., et al. | | CASE NUMBER:<br>CV-08-1369-JCS |
| **PROOF OF SERVICE OF SUMMONS** | | Ref. No. or File No.:<br>9000-Beckwith |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Original Complaint - Demand for Trial, Order Setting CMC and ADR Guidelines, USDCSF Information, Noti of Assignment of US Magistrate, ECF Registration Information, Summons Bayer Healthcare Pharmaceuticals Inc., Bayer Healthecare LLC, General Electric Company, GE Healthcare Inc., Summons Covidien Inc., Summ Malllinckrodt Inc., Summons Bracco Diagnostics Inc.

3. a. Party served: GE Healthcare Inc.

   b. Person Served: CT Corporation - Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: 3/12/2008    (2) at *(time)*: 2:50 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   GE Healthcare Inc.

      under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:           Jimmy Lizama
   b. Address:        One Legal - 194-Marin
                      504 Redwood Blvd #223
                      Novato, CA 94947
                      415-491-0606
   c. Telephone number:
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/13/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                                        (SIGNATURE)

Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007]    **PROOF OF SERVICE OF SUMMONS**    Code of Civil Procedure, § 417.10

FF# 6658543