1  Frank C. Rothrock (SBN: 54552)
   Thomas A. Woods (SBN: 210050)
2  SHOOK, HARDY & BACON L.L.P.
   Jamboree Center
3  5 Park Plaza, Suite 1600
   Irvine, California 92164-2546
4  Telephone:  (949) 475-1500
   Facsimile:   (949) 475-0016
5    twoods@shb.com

6  Attorneys for Defendants denominated "Covidien,
   Inc.;" and "Mallinckrodt, Inc."
7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9

MONTIE BECKWITH and PETRA BECKWITH,

Plaintiffs,

vs.

BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.

Defendants.

Case No. CV 08-1369 (JCS)

**STIPULATION OF THE PARTIES RE: ENLARGEMENT OF TIME FOR DEFENDANTS DENOMINATED "COVIDIEN, INC.," AND "MALLINCKRODT, INC." TO FILE A RESPONSIVE PLEADING**

Complaint filed: March 10, 2008

TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES IN THIS CASE:

Consistent with Local Rule 6-1 of the U.S. District Court for the Northern District of California, and based on the March 28, 2008 agreement between counsel for plaintiffs Montie and Petra Beckwith and counsel for defendants denominated "Covidien, Inc." and "Mallinckrodt, Inc.," (hereinafter "Mallinckrodt"), it is hereby stipulated that Mallinckrodt's response to plaintiffs' complaint is now due to be filed and served on or before May 1, 2008.

The parties further recognize that this enlargement of time to respond to plaintiffs' complaint does not interfere with any event or deadline already fixed by

Court order. Specifically, the Court's Order Setting Initial Case Management Conference fixes the date for the parties' Fed. rule Civ. Proc. 26(f) Conference for June 13, 2008.

IT IS SO STIPULATED:

DATED: March 28, 2008     Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:   s/ Frank C. Rothrock
    FRANK C. ROTHROCK
    THOMAS A. WOODS
Attorneys for Defendants denominated "Covidien, Inc.;" and "Mallinckrodt, Inc."

DATED: March 28, 2008     LEVIN SIMES KAISER & GORNICK LLP

By:   s/ Debra DeCarli
    Lawrence J. Gornick
    Debra DeCarli
Attorneys for Plaintiffs Montie and Petra Beckwith