1  Frank C. Rothrock (SBN: 54552)
   Thomas A. Woods (SBN: 210050)
2  SHOOK, HARDY & BACON L.L.P.
   Jamboree Center
3  5 Park Plaza, Suite 1600
   Irvine, California 92164-2546
4  Telephone:   (949) 475-1500
   Facsimile:    (949) 475-0016
5    twoods@shb.com

6  Attorneys for Defendants denominated "Covidien,
   Inc.;" and "Mallinckrodt, Inc."
7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10  MONTIE BECKWITH and PETRA          Case No. CV 08-1369 (JCS)
    BECKWITH,

11              Plaintiffs,            **STIPULATION OF THE
                                       PARTIES RE: ENLARGEMENT
12        vs.                          OF TIME FOR DEFENDANTS
                                       DENOMINATED "COVIDIEN,
13  BAYER HEALTHCARE                   INC.," AND "MALLINCKRODT,
    PHARMACEUTICALS, INC.; BAYER       INC." TO FILE A RESPONSIVE
14  HEALTHCARE LLC; GENERAL            PLEADING**
    ELECTRIC COMPANY; GE
15  HEALTHCARE, INC.; COVIDIEN,
    INC.; MALLINCKRODT, INC.; and
16  BRACCO DIAGNOSTICS, INC.           Complaint filed: March 10, 2008

17              Defendants.

18

19  TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES

20  IN THIS CASE:

21        Consistent with Local Rule 6-1 of the U.S. District Court for the Northern

22  District of California, and based on the March 28, 2008 agreement between

23  counsel for plaintiffs Montie and Petra Beckwith and counsel for defendants

24  denominated "Covidien, Inc." and "Mallinckrodt, Inc.," (hereinafter

25  "Mallinckrodt"), it is hereby stipulated that Mallinckrodt's response to plaintiffs'

26  complaint is now due to be filed and served on or before May 1, 2008.

27        The parties further recognize that this enlargement of time to respond to

28  plaintiffs' complaint does not interfere with any event or deadline already fixed by

1  Court order.  Specifically, the Court's Order Setting Initial Case Management

2  Conference fixes the date for the parties' Fed. rule Civ. Proc. 26(f) Conference for

3  June 13, 2008.

4       IT IS SO STIPULATED:

5

6  DATED: March __28_, 2008         Respectfully submitted,

7                      SHOOK, HARDY & BACON L.L.P.

8

9                      By:___ s/ Frank C. Rothrock_____

10                        FRANK C. ROTHROCK
                         THOMAS A. WOODS

11                  Attorneys for Defendants denominated

12                  "Covidien, Inc.;" and "Mallinckrodt,
                   Inc."

13

14  DATED: March __28_, 2008       LEVIN SIMES KAISER & GORNICK
                   LLP

15

16                      By:_____ s/ Debra DeCarli_____

17                        Lawrence J. Gornick

18                        Debra DeCarli
                   Attorneys for Plaintiffs Montie and

19                  Petra Beckwith

20

21

22  Dated:  March 31, 2008

23

24  

25

26

27

28

48545v1