TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS-STATE BAR NO. 146904
MOLLIE BENEDICT-STATE BAR NO. 187084
AGGIE B. LEE-STATE BAR NO. 228332
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409
michael.zellers@tuckerellis.com
mollie.benedict@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendant
BRACCO DIAGNOSTICS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTIE BECKWITH and PETRA BECKWITH,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>Defendants. | Case No. CV-08-1369 JCS<br><br>**STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD** |

STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC.
TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD
CV-08-1369 JCS

LAimanage/11255/00007/606304/1

1  Plaintiffs Montie Beckwith and Petra Beckwith and defendant Bracco
2  Diagnostics Inc. by and through their respective counsel, hereby stipulate as
3  follows:
4  The time for Bracco Diagnostics Inc. to move or plead to Plaintiffs'
5  Complaint shall be extended to May 1, 2008.  Plaintiffs' counsel authorized the
6  stipulation to extend Bracco Diagnostic Inc.'s time to move or plead via email
7  dated March 20, 2008.

9  DATED: MARCH 31, 2008                TUCKER ELLIS & WEST LLP

12                                       By:   /s/ Aggie B. Lee
                                               Aggie B. Lee
13                                             Attorneys for Defendant
                                               BRACCO DIAGNOSTICS INC.

16  DATED: MARCH 31, 2008               LEVIN SIMES KAISER & GORNICK LLP

19                                       By:   /s/ Lawrence J. Gornick
                                               Lawrence J. Gornick
20                                             Attorneys for Plaintiffs MONTIE
                                               BECKWITH and PETRA
21                                             BECKWITH

2.
STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS
INC. TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD
CV-08-1369 JCS

LAimanage/11255/00007/606304/1