1  RODNEY M. HUDSON (State Bar No. 189363)
   DRINKER BIDDLE & REATH LLP
2  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
3  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
4
   Attorneys for Defendants
5  BAYER HEALTHCARE PHARMACEUTICALS, INC,;
   BAYER HEALTHCARE LLC
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  MONTIE BECKWITH and PETRA         Case No. CV-08-1369-JCS
    BECKWITH,
12                                    **STIPULATION EXTENDING TIME
                 Plaintiffs,          FOR DEFENDANTS BAYER
13                                    HEALTHCARE
         v.                           PHARMACEUTICALS, INC. AND
14                                    BAYER HEALTHCARE LLC TO FILE
    BAYER HEALTHCARE                  A RESPONSIVE PLEADING**
15  PHARMACEUTICALS, INC.; BAYER
    HEALTHCARE LLC; GENERAL
16  ELECTRIC COMPANY; GE
    HEALTHCARE, INC.; COVIDIEN, INC.;
17  MALLINCKRODT, INC.; and BRACCO
    DIAGNOSTICS, INC.,
18
                 Defendants.
19

20       TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES
21  IN THIS CASE:
22       Pursuant to Local Rule 6-1 of the U.S. District Court for the Northern District of
23  California, and based on the March 17, 2008 agreement between counsel for Plaintiffs
24  MONTIE BECKWITH and PETRA BECKWITH and counsel for Defendants BAYER
25  HEALTHCARE PHARMACEUTICALS, INC. and BAYER HEALTHCARE LLC
26  (collectively referred to herein as "Bayer") it is hereby stipulated that Bayer's response to
27  Plaintiffs' complaint is now due to be filed and served on or before May 1, 2008.
28

The parties further recognize that this enlargement of time to respond to Plaintiffs' complaint does not interfere with any event or deadline already fixed by Court order.

Dated: March 31, 2008　　　　　　　　　　LEVIN SIMES KAISER & GORNICK LLP

　　　　　　　　　　　　　　　　　　　　　/S/ Debra DeCarli
　　　　　　　　　　　　　　　　　　　　　LAWRENCE J. GORNICK
　　　　　　　　　　　　　　　　　　　　　DEBRA DeCARLI

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　WILLIAM PASCHAL and PATRICIA PASCHAL

Dated: March 31, 2008　　　　　　　　　　DRINKER BIDDLE & REATH LLP

　　　　　　　　　　　　　　　　　　　　　/S/ Rodney M. Hudson
　　　　　　　　　　　　　　　　　　　　　RODNEY M. HUDSON

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER HEALTHCARE LLC