1  RODNEY M. HUDSON (State Bar No. 189363)
   DRINKER BIDDLE & REATH LLP
2  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
3  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
4
   Attorneys for Defendants
5  BAYER HEALTHCARE PHARMACEUTICALS INC.
   and BAYER HEALTHCARE LLC
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTIE BECKWITH and PETRA BECKWITH,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>Defendants. | Case No. CV-08-1369 JCS<br><br>**CORPORATE DISCLOSURE STATEMENT OF BAYER HEALTHCARE PHARMACEUTICALS INC. AND BAYER HEALTHCARE LLC**<br><br>(Pending Transfer to: In re: Gadolinium Contrast Dyes Products Liability Litigation, MDL No. 1909, N.D. Ohio)<br><br>[F.R.C.P. 7.1] |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer HealthCare LLC make this their Corporate Disclosure Statement. Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer HealthCare LLC state that they are nongovernmental corporations.

Defendant Bayer HealthCare Pharmaceuticals Inc. is wholly owned by Schering Berlin, Inc. Schering Berlin, Inc. is wholly owned by Defendant Bayer HealthCare LLC. Defendant Bayer HealthCare LLC is wholly owned by Bayer Corporation. Bayer Corporation is wholly owned by Bayer AG. Bayer AG is publicly traded in Germany and

1  its American Depository shares are listed on the New York Stock Exchange.

2  No other publicly held company owns ten percent (10%) or more of the stock of
3  Defendants Bayer HealthCare Pharmaceuticals Inc. or Bayer HealthCare LLC.

4

5  Dated: March 31, 2008                    DRINKER BIDDLE & REATH LLP

6                                           /S/ Rodney M. Hudson
7                                           RODNEY M. HUDSON

8                                           Attorneys for Defendants
                                             BAYER HEALTHCARE
9                                            PHARMACEUTICALS INC. and BAYER
                                             HEALTHCARE LLC