1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS-STATE BAR NO. 146904
2  MOLLIE BENEDICT-STATE BAR NO. 187084
   AGGIE B. LEE-STATE BAR NO. 228332
3  515 South Flower Street
   Forty-Second Floor
4  Los Angeles, CA 90071-2223
   Telephone:  (213) 430-3400
5  Facsimile:  (213) 430-3409
   michael.zellers@tuckerellis.com
6  mollie.benedict@tuckerellis.com
   aggie.lee@tuckerellis.com
7
   Attorneys for Defendant
8  BRACCO DIAGNOSTICS INC.

9                UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11  MONTIE BECKWITH and PETRA           ) Case No. CV-08-1369 JCS
    BECKWITH,                            )
12                                       )
                Plaintiffs,              ) **STIPULATION OF PLAINTIFFS**
13                                       ) **AND DEFENDANT BRACCO**
         v.                              ) **DIAGNOSTICS INC. TO EXTEND**
14                                       ) **DEFENDANT'S TIME TO MOVE**
    BAYER HEALTHCARE                     ) **OR PLEAD**
15  PHARMACEUTICALS, INC.; BAYER         )
    HEALTHCARE LLC; GENERAL              )
16  ELECTRIC COMPANY; GE                 )
    HEALTHCARE, INC.; COVIDIEN,          )
17  INC.; MALLINCKRODT, INC.; and        )
    BRACCO DIAGNOSTICS, INC.,            )
18                                       )
                Defendants.              )
19                                       )
                                         )
20                                       )
                                         )
21  ─────────────────────────────────────)

22
23
24
25
26
27
28

STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC.
TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD
CV-08-1369 JCS

LAimanage/11255/00007/606304/1

    Plaintiffs Montie Beckwith and Petra Beckwith and defendant Bracco Diagnostics Inc. by and through their respective counsel, hereby stipulate as follows:

    The time for Bracco Diagnostics Inc. to move or plead to Plaintiffs' Complaint shall be extended to May 1, 2008.  Plaintiffs' counsel authorized the stipulation to extend Bracco Diagnostic Inc.'s time to move or plead via email dated March 20, 2008.

DATED:  MARCH 31, 2008        TUCKER ELLIS & WEST LLP

By:   /s/ Aggie B. Lee
       Aggie B. Lee
       Attorneys for Defendant
       BRACCO DIAGNOSTICS INC.

DATED:  MARCH 31, 2008        LEVIN SIMES KAISER & GORNICK LLP

By:   /s/ Lawrence J. Gornick
       Lawrence J. Gornick
       Attorneys for Plaintiffs MONTIE BECKWITH and PETRA BECKWITH

Dated:  April 1, 2008

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAimanage/11255/00007/606304/1