1  RODNEY M. HUDSON (State Bar No. 189363)
   DRINKER BIDDLE & REATH LLP
2  50 Fremont Street, 20th Floor
   San Francisco, California 94105-2235
3  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510
4
   Attorneys for Defendants
5  BAYER HEALTHCARE PHARMACEUTICALS, INC,;
   BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTIE BECKWITH and PETRA BECKWITH,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>Defendants. | Case No. CV-08-1369-JCS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER HEALTHCARE LLC TO FILE A RESPONSIVE PLEADING** |

TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES IN THIS CASE:

Pursuant to Local Rule 6-1 of the U.S. District Court for the Northern District of California, and based on the March 17, 2008 agreement between counsel for Plaintiffs MONTIE BECKWITH and PETRA BECKWITH and counsel for Defendants BAYER HEALTHCARE PHARMACEUTICALS, INC. and BAYER HEALTHCARE LLC (collectively referred to herein as "Bayer") it is hereby stipulated that Bayer's response to Plaintiffs' complaint is now due to be filed and served on or before May 1, 2008.

1  The parties further recognize that this enlargement of time to respond to Plaintiffs'
2  complaint does not interfere with any event or deadline already fixed by Court order.

3
4  Dated: March 31, 2008                        LEVIN SIMES KAISER & GORNICK LLP

5                                               /S/ Debra DeCarli
6                                               LAWRENCE J. GORNICK
                                                DEBRA DeCARLI

7                                               Attorneys for Plaintiffs
8                                               WILLIAM PASCHAL and PATRICIA PASCHAL

9

10 Dated: March 31, 2008                        DRINKER BIDDLE & REATH LLP

11
12                                              /S/ Rodney M. Hudson
                                                RODNEY M. HUDSON

13                                              Attorneys for Defendants
14                                              BAYER HEALTHCARE PHARMACEUTICALS, INC. AND
15                                              BAYER HEALTHCARE LLC

16
17 Dated: 4/1/8

*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*
**IT IS SO ORDERED**
Judge Joseph C. Spero