Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 So. Figueroa Boulevard, Suite 1240
Los Angeles, CA 90071
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
Email: Deborah.Prosser@KutakRock.com
Email: Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE HEALTHCARE INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTIE BECKWITH and PETRA BECKWITH,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No. 3:08-cv-01369 JCS<br><br>**STIPULATION BETWEEN PLAINTIFFS AND GENERAL ELECTRIC COMPANY AND GE HEALTHCARE INC. FOR AN ENLARGEMENT OF TIME TO FILE ANSWER TO PLAINTIFFS' COMPLAINT**<br><br>Complaint Filed: March 10, 2008 |

WHEREAS, Defendants General Electric Company and GE Healthcare Inc. ("the GE Defendants") were served with a copy of Plaintiffs' Complaint on or about March 12, 2008, making the GE Defendants' answer due on or before April 1, 2008.

///

///

1  WHEREAS, the GE Defendants have requested, and Plaintiffs have agreed to, an extension of the GE Defendants' deadline up to and including May 1, 2008 to allow the GE Defendant's answer in this action to be coordinated with other actions now pending in MDL-1909.

IT IS THEREFORE STIPULATED that Defendants General Electric Company and GE Healthcare Inc. shall have up to and including May 1, 2008 to file an answer to Plaintiffs' Complaint.

Dated: April 1, 2008

LEVIN SIMES KAISER & GORNICK LLP

By: /s/
Lawrence J. Gornick
Debra DeCarli
Attorneys for Plaintiffs
MONTIE BECKWITH and PETRA BECKWITH

Dated: April 1, 2008

KUTAK ROCK LLP

By: /s/
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendants
GENERAL ELECTRIC COMPANY and GE HEALTHCARE INC.

4821-0624-2306.1  - 2 -

STIPULATION FOR EXTENSION TO ANSWER
PLAINTIFFS' COMPLAINT                    CASE NO.: 3:08-CV-01369 JCS

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES