UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONTIE BECKWITH and PETRA BECKWITH
        Plaintiff(s),

v.

BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; et al.
        Defendant(s).

No. C V-08-1369 (JCS)

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 2, 2008

Thomas A. Woods

/s/ Thomas A. Woods
Signature

Counsel for Defendants denominated "Covidien, Inc." and "Mallinckrodt, Inc."
(Plaintiff, (Defendant), or indicate "pro se")

NDC-06